UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-80022-CR-CANNON/REINHART

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE GOYOS,

    Defendant.
_____/

**DEFENDANT GOYOS' SUPPLEMENTAL NOTICE CONCERNING DEFENSE WITNESSES, EXHIBITS AND THE SAFE HARBOR**

Defendant, Jose Goyos, through the undersigned attorney, provides the following supplemental notice concerning defense witnesses, exhibits and the safe harbor defense:

1. Mr. Goyos adopts the witness lists and exhibit lists of Daniel Carver, John Paul Gosney, Jr. and Thomas Dougherty.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

    By: *s/ Robert E. Adler*
    Robert E. Adler
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 259942
    250 S Australian Avenue, Suite 400
    West Palm Beach, Florida 33401
    Telephone: (561) 833-6288
    Email:  robert_adler@fd.org

**CERTIFICATE OF SERVICE**

    I HEREBY certify that on June 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/*Robert E. Adler*
                                            Robert E. Adler