UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>DANIEL CARVER )<br>Defendant )<br>_____/ | Case No. 22-cr-80022<br>Hon. Aileen M. Cannon |

**DANIEL CARVER'S *RENEWED* MOTION FOR A CONTINUANCE
OF THE TRIAL DATE OF JULY 10, 2023**

*/s/Andrew S. Feldman*
FELDMAN FIRM PLLC
150 S.E. 2nd Avenue, Suite 600
Miami, Florida 33131
Direct: (305) 714-9474
Florida Bar No. 60325
Email: afeldman@feldmanpllc.com

***Attorney for Daniel M. Carver***

1

Mr. Carver seeks a brief 70-day continuance of this trial to assure Mr. Carver's Sixth Amendment right to a fair trial. This is the ***first continuance*** sought by undersigned counsel in this case in the less-than-six-month-period counsel has represented Mr. Carver. Dkt. No. 480. This trial is also no ordinary trial. The government has now listed 42 witnesses and more than a Thousand Exhibits. There have been more than 20 discovery productions and they keep trickling in as we edge closer to the trial date. Filed contemporaneously with this Motion is an *ex parte* declaration in support of this Motion.

Mr. Carver faces a potential sentence of Thirty years for non-violent first-time health care fraud and kickback offenses. Absent the requested continuance the undersigned cannot represent to this court that counsel is prepared to vindicate Mr. Carver's right to a vigorous defense against a potential 30-year jail sentence as guaranteed by the Sixth Amendment of the U.S. Constitution. Mr. Carver has a right to a vigorous defense and a right to counsel of his choice. *United States v. Verderame*, 51 F.3d 249, 251 (11th Cir. 1995); *United States v. Baker*, 432 F.3d 1189, 1248 (11th Cir. 2005); *Gandy v. Alabama*, 569 F.2d 1318, 1321 (5th Cir. 1978);. *Schwarz v. United States*, No. 17-12274, at *9 (11th Cir. Sep. 29, 2020).[1]

---

[1] A recent order from Judge Graham in a healthcare fraud case further supports Mr. Carver's right to a continuance. In *U.S. v. Mark Vollaro, et al.* 21-CR-60124-RS (S.D. Fla.), the government dumped Four Hundred Thousand emails from a server on defense counsel on the third day of trial. The court then ordered a mistrial and has set that case for a retrial in September. *See e.g.,* Dkt. Nos. 558, (Motion to

## CONCLUSION

For these reasons, Mr. Carver requests a continuance of the trial date until September 25 of 2023 to guarantee his Sixth Amendment right to a fair trial.

---

Dismiss), 598-611 (Transcripts of Mistrials declared as to defendants), Dkt. No.618 (paperless minute entry continuing trial after mistrial). Here, very similarly, on the eve of trial, the government has continued to produce discovery in large batches and has dumped *half-a-Million recordings* on the defendants.

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I conferred with counsels for the government via email and the government opposes the requested relief.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served via CM/ECF on all counsel authorized to receive service.

*/s/Andrew S. Feldman*