UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL ROZENBERG**,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT MICHAEL ROZENBERG'S MOTION FOR RECOMMENDATION OF TRANSFER OF PRETRIAL DETENTION

**THIS CAUSE** comes before the Court upon Defendant Michael Rozenberg's Motion for Recommendation of Transfer of Pretrial Detention to West Palm Beach [ECF No. 653]. The Motion asks the Court to recommend to the Bureau of Prisons (BOP) that Defendant Rozenberg be transferred from FDC Miami to the PBC Main Detention Center at 3228 Gun Club Road, West Palm Beach, Florida, 33406, including for purposes of preparing for sentencing [ECF No. 653 p. 3]. The Government does not oppose the relief requested [ECF No. 653 p. 2]. The Court has reviewed the Motion and the full record in this matter.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant Michael Rozenberg's Motion for Recommendation of Transfer of Pretrial Detention to West Palm Beach [ECF No. 653] is **GRANTED.**

2. The Court recommends that BOP transfer Defendant Michael Rozenberg from FDC Miami to the PBC Main Detention Center (3228 Gun Club Road, West Palm Beach, Florida, 33406) for pretrial detention.

CASE NO. 22-80022-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 29th day of June 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record