UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80022-CANNON/REINHART

**UNITED STATES OF AMERICA**

vs.

**DANIEL M. CARVER,
LOUIS CARVER, and
JOSE GOYOS,**

        **Defendants**.

_____/

**GOVERNMENT'S PROPOSED VOIRE DIRE QUESTIONS**

Pursuant to the Court's Scheduling Order [ECF Nos. 137 and 655], the government respectfully requests that, in addition to its standard *voir dire* questions, the Court add the following proposed questions:

1. This case pertains to laboratory testing, including genetic testing for cardiovascular diseases. That means that there will necessarily be discussion about cardiovascular diseases and the treatment of these diseases. Have you, your direct relatives, close friends or anyone close to you ever been diagnosed with cardiovascular disease? If YES, is there anything about your experience or your loved one's experience that would make it difficult for you to hear the evidence in this case, which may include a discussion of cardiovascular diseases? **(The Government does not object to the Court taking at sidebar the answer of any panel member to this question.)**

2. Have you, your direct relatives, close friends or anyone close to you ever received a genetic test for cardiovascular conditions or a cancer genetic test. If YES, please

explain the circumstances of that test. **(The Government does not object to the Court taking specific answers to this topic at side bar.)**

3. Genetic tests were only covered by Medicare if they were medically necessary and ordered by a physician who is treating the patient. Is there anyone who, because of their knowledge or experience with genetic tests, thinks that Medicare is wrong and these tests should be covered for everyone in all circumstances? Is there anyone who believes that it is okay for a laboratory to bill these tests to Medicare even when the patient does not qualify for the test?

4. Do you think that if someone takes money from a federal program, such as Medicare, that the Government or the federal program is somehow (or at least partially) at fault or that health care fraud should not be a crime?

5. In this case, the Government may present testimony of cooperating witnesses who are knowledgeable of the alleged crimes at trial, and may have pled guilty to some of the same charges the Defendants are charged with. Such witnesses may hope to gain more favorable treatment in his or her own case as a result of their cooperation with the Government. Is there anything about such testimony that would make you unable to sit fairly and impartially as a juror? Could you keep an open mind and listen to the testimony of the witnesses and consider it with all the other evidence in the case before deciding whether to believe the witness or not? Is there anyone who thinks they cannot do that?

6. Does anyone have any philosophical, moral, or religious beliefs that would make you uncomfortable about sitting in judgment of another human being, in other words judging the guilt or innocence of another person?

7. Please raise your hand if you have any positive or negative feelings toward the federal government, including the United States Department of Justice, the Department of Health and Human Services, the Centers for Medicare & Medicaid Services, and the Federal Bureau of Investigation, that might affect your ability to be fair and impartial toward the government in your consideration of the evidence in this case.

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

        GLENN S. LEON, CHIEF
        CRIMINAL DIVISION, FRAUD SECTION
        U.S. DEPARTMENT OF JUSTICE

By:   */s/ Andrew Tamayo*
       Andrew Tamayo
       FL Special Bar No. A5502970
       Patrick J. Queenan
       FL Special Bar No. A5502715
       Reginald Cuyler Jr.
       FL Bar No. 0114062
       Trial Attorneys
       U.S. Department of Justice
       Criminal Division, Fraud Section
       1400 New York Avenue, N.W.
       Washington, D.C. 20005
       Phone: (202) 875-0326
       andrew.tamayo@usdoj.gov
       patrick.queenan@usdoj.gov
       reginald.cuyler.jr@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, I served and filed the foregoing document with the Clerk of the Court via CM/ECF.

By: /s/ Andrew Tamayo
Andrew Tamayo
Trial Attorney
U.S. Department of Justice
