UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THOMAS DOUGHERTY,
JOHN PAUL GOSNEY JR. and
JOSE GOYOS,

       Defendants.
_____/

## THIRD CASE MANAGEMENT ORDER

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. In preparation for the trial specially set to begin on September 26, 2023 [ECF No. 717], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. On or before **August 6, 2023**, the Government may file any renewed motion tailored to specific privilege issues [*see* ECF No. 655].[1]

2. On or before **September 12, 2023**,

    a. Defendants Dougherty and Gosney shall file on CM/ECF any proposed voir dire questions in accordance with the Court's procedures [ECF No. 137 pp. 2–3].[2]  **Failure to file timely proposed voir dire questions as set forth in this**

---

[1] This is five days later than the previously schedule deadline [ECF No. 655] and affords more time for consideration of the Government's Motion to Preclude Advice of Counsel [ECF Nos. 578, 730].

[2] Defendant Goyos previously filed untimely proposed voir dire questions [ECF No. 686], which

1

    **Order will preclude a party's insistence on presenting such questions to the panel except as determined by the Court.**

  b. The parties shall jointly file on CM/ECF joint proposed jury instructions and verdict forms in accordance with the Court's procedures [ECF No. 137 pp. 2–3]. In addition to filing the joint jury instructions and verdict form on CM/ECF, the parties shall submit those filings, in Word format, via e-mail to cannon@flsd.uscourts.gov.

3. The calendar call scheduled for **September 19, 2023, 1:45 P.M**. will serve as a combined pre-trial conference and calendar call. Any testing of electronic equipment should take place prior to calendar call to avoid technological disruptions at trial.

4. **This Order does not extend pre-trial deadlines (expired or otherwise) in any other respect.**

5. The Court finds that any period of delay resulting from the resetting of trial in this matter as to the remaining defendants, all of whom requested the new trial period, serves the ends of justice and outweighs the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(7)(A), and otherwise accords with 18 U.S.C. § 3161(e).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 19th day of July 2023.

                 _____
                  AILEEN M. CANNON
                  UNITED STATES DISTRICT JUDGE

cc: counsel of record

---

the Court elected under the circumstances to consider and permit in the first trial.