UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cr-80022-Cannon/Reinhart

UNITED STATES OF AMERICA,

v.

DANIEL M. CARVER,
THOMAS DOUGHERTY,
JOHN PAUL GOSNEY, JR.,
LOUIS CARVER, and
JOSE GOYOS,

       Defendants.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on the Government's Motion to Preclude Introduction of Evidence or Argument Related to Defendants' Advice-Of-Counsel Defenses, or in the Alternative, for an Order Directing Defendants to Execute Forthwith Proper Waivers ("Motion") (DE 589), which was referred to the undersigned by United States District Judge Aileen M. Cannon (DE 618). For the reasons set forth below, the undersigned **RECOMMENDS** that the Motion be **GRANTED** in part and **DENIED** in part.

### I.     BACKGROUND

This is a healthcare fraud case, set to begin trial on September 25, 2023 (DE 656). On October 14, 2022, the Government moved to compel the disclosure of advice-of-counsel defenses (DE 385). The District Court granted the motion, thereby ordering each Defendant to indicate whether he intends to rely on the advice-of-counsel defense at trial and, if so, (1) to identify the attorneys who purportedly provided such advice, and (2) to waive privilege over all communications with those attorneys (DE 579). Thereafter, on June 5, 2023, Defendants

Dougherty and Gosney filed notices, disclosing their intent to rely on advice of counsel from two healthcare compliance attorneys, Robin Sztyndor and Keith Fousek (DE 580, DE 582).  As to these two attorneys, Dougherty and Gosney agreed to waive privilege (DE 580, DE 582).

Earlier in the case, however, Dougherty and Gosney had provided privilege logs to the Government, asserting privilege over communications with attorneys other than Sztyndor or Fousek.  Specifically, Dougherty had asserted privilege over 90+ communications, and Gosney had asserted privilege over 400+ communications, with healthcare compliance attorneys Aaron Cohen and/or Paul Molle.

On June 9, 2023, the Government filed this Motion, seeking to either (a) preclude Dougherty and Gosney from asserting the advice-of-counsel defense at trial, or (b) compel them to extend their waivers to other attorneys who rendered legal advice on the same subject matter as Attorneys Sztyndor and Fousek (DE 589).  The Court heard initial oral argument on this Motion on June 21, 2023 (DE 627).  Following argument, the Court ordered the Government's Special Matters Unit ("Filter Team") to provide the Court, for in camera review, all communications identified as privileged between Defendants Dougherty and/or Gosney, on the one hand, and Attorneys Cohen and/or Molle on the other hand (DE 631).

The Filter Team thereafter provided the Court with numerous documents including "472 unique records identified on privilege logs provided by Defendants Dougherty and Gosney to the Filter Team, listing communications to, from, cc, or bcc Attorneys Aaron Cohen and/or Paul Molle," and an Excel spreadsheet index of these 472 items (hereafter the "472-Item Index") (DE 635).  The Court conducted an in camera review of all items provided by the Filter Team.

Following review of these items, the Court had additional factual questions, particularly as to the identity and roles played by various limited liability companies and other entities referred to

throughout the documents.  Accordingly, on July 19, 2023, the Court conducted a status conference to establish a procedure for resolving these factual questions (DE 733).  Following the status conference, the Court ordered the Filter Team to provide Defendants Dougherty and Gosney with the 472-Item Index (DE 734).  The Court also ordered the Government to provide the Court with information as to its view of the ownership and role played by thirty-one entities referred to on the 472-Item Index (DE 743).  The Government complied by providing a spreadsheet with information concerning these entities (hereafter the "Entity Spreadsheet").

On July 27, 2023, the Court then conducted an on-the-record, ex parte hearing attended only by the Court, Defendants Dougherty and Gosney, and their counsel (DE 752).  At this hearing, the Court asked factual questions necessary to resolve the pending Motion and the Court heard, by way of proffer, answers to these questions from defense counsel (DE 752).  For record purposes, the Court will file under seal all items considered in connection with the ex parte hearing, including the complete contents of the documents received from the Filter Team as noted in docket entry 635 and the Entity Spreadsheet.

This Order follows.

## II.    DISCUSSION

The pending Motion requires the Court to resolve three issues:

(a)    whether a waiver associated with the advice-of-counsel defense applies solely to the *attorneys* relied upon, or more broadly to the *subject matter of the advice* relied upon;

(b)    whether the specific communications at issue here fall within the subject matter of the advice relied upon; and

(c)    whether the Court should preclude the advice-of-counsel defense at trial.

The Court will address each question in turn.

**A.      The Subject Matter of the Advice**

At the outset, the Court finds that the waiver associated with the advice-of-counsel defense applies to the *subject matter* of the advice relied upon and not merely to the *specific attorney* relied upon.  "When a party asserts an advice of counsel defense, the party waives the attorney-client privilege as to the subject matter of that advice."  *Akowskey v. Nationstar Mortg., LLC*, No. 21-14487, 2023 WL 112061, at *3 (S.D. Fla. Jan. 5, 2023) (citing *Cox v. Adm'r  U.S. Steel & Carnegie*, 17 F.3d 1386, 1417 (11th Cir. 1994); *see also United States v. Jensen*, 573 F. App'x 863, 870 (11th Cir. 2014) ("By claiming that [he] lacked intent to defraud because attorneys told him that [the disputed] transactions were legal, [defendant] waived the attorney-client privilege with respect to communications with counsel concerning its legality.").

As such, a "[d]efendant may not disclose portions of otherwise protected communications between [him] and [his] attorney for the benefit of a defensive argument while simultaneously invoking the attorney-client privilege with respect to *other* attorney-client communications on the same subject matter."  *United States v. Charlemagne*, No. 8:15-cr-462, 2016 WL 11678620, at *2 (M.D. Fla. Sept. 2, 2016) (emphasis added).  Put another way, "[h]aving opened the door to certain privileged information in an effort to advance [a defense], as a matter of fairness a [defendant] must disclose other privileged materials involving the subject matter of the disclosed communications."  *Beneficial Franchise Co., Inc. v. Bank One, N.A.*, No. 00C2441, 2001 WL 492479, at *4 (N.D. Ill. May 8, 2001).

In this case, Defendants Dougherty and Gosney intend to rely on advice rendered by Attorneys Sztyndor and Fousek (DE 580, DE 582).  Based on the hearings conducted on this Motion, the Court understands the subject matter of Sztyndor's and Fousek's legal advice to be

4

Defendants' compliance with healthcare laws, rules, and regulations in the running of the business operations described in the Superseding Indictment.   For purposes of this Report and Recommendation, the Court will refer to this topic as the "Subject Matter."

**B.    The Documents at Issue**

The Court has reviewed all 472 unique documents provided by the Filter Team.[1]  Based on this review, the Court reaches the following conclusions as to whether these documents fall within the Subject Matter.

**1.    Dougherty**

Dougherty claimed privilege over 90+ documents, mostly communications with Attorneys Cohen and/or Molle.  During the ex parte hearing on July 27, 2023, Dougherty withdrew his claim of privilege over all but fifteen of these logged documents, identified below.  Apart from these fifteen documents, Dougherty agrees the remaining logged documents can be turned over to the Government and to any Co-Defendants who have not yet had access to these documents due to privilege claims.

As to the fifteen documents, the Court rules as follows:

| Bates | Priv. Log Description | Ruling |
|-------|----------------------|--------|
| 88832 | 11/1/2020 email from Molle re: "Colombian pleads." | This document falls within the Subject Matter. |
| 88846 | 10/16/2020 email from Cohen re: "Non Submission OIG." | This document falls within the Subject Matter. |
| 88891-93 | 10/8/2020 email from Cohen re: "Summary OIG/DOJ 10/7." | This document falls within the Subject Matter. |
| 88895-97 | 10/8/2020 Letter Summary from Cohen re:  "OIG/DOJ 10/7." | This document falls within the Subject Matter. |

---

[1] The Filter Team provided more than 472 documents, but many were duplicates, resulting in only 472 "unique" documents (DE 635).

| | | |
|---|---|---|
| 89589 | 9/5/2020 email from Cohen. Not identified on privilege Log.[2] | This document falls within the Subject Matter. |
| 89716 | 8/31/2020 email from Cohen re: "Conclave Invoice/terms?" | This document falls within the Subject Matter. |
| 89718 | 8/31/2020 email from Cohen re: "LCM bank accts/Olympus." | This document falls within the Subject Matter. |
| 89738 | 8/31/2020 email from Cohen re: "LCM change of address." | This document falls within the Subject Matter. |
| 90862 | 11/1/2020 email from Molle re: "Colombian pleads 109M." | This document falls within the Subject Matter. |
| 92838 | 11/1/2020 email from Molle re: "Colombian pleads 109M." | This document falls within the Subject Matter. |
| 92909 | 12/16/2020 email from Cohen re: "Contract w/ Jake-reckless." | This document falls within the Subject Matter. |
| 92985 | 11/2/2020 email from Cohen re: "Sober Homes Sentenced." | This document does not fall within the Subject Matter. |
| 92986 | 11/1/2020 email from Molle re: Colombian pleads 109M. | This document falls within the Subject Matter. |
| 93000 | 10/16/2020 email from Cohen re: "Non Submission OIG." | This document falls within the Subject Matter. |
| 93045-47 | 10/8/2020 email from Cohen re: "OIG/DOJ Invest. Summary." | This document falls within the Subject Matter. |

---

[2] Since this document was not identified on the privilege log, the Court assumes it has already been turned over to the Government.

### 2.  Gosney

Gosney claimed privilege over 400+ documents, mostly communications with Attorney Cohen.  During the ex parte hearing on July 27, 2023, Gosney withdrew his claim of privilege over all but six of his logged, non-sequestered documents.[3]  Apart from these six documents, Gosney agrees that a portion of his logged documents can be turned over to the Government and to any Co-Defendants who have not yet had access to these documents due to privilege claims.  *See* Exhibit A.

As to the six documents, the Court rules as follows:

| Bates | Priv. Log Description | Ruling |
|---|---|---|
| 85724-25 | 2020-09-24<br>"Email communication between attorney Aaron Cohen and Gosney sent for the purpose of seeking and rendering legal advice." | This document does not fall within the Subject Matter. |
| 85726-27 | 2020-09-24<br>"Email communication between attorney Aaron Cohen and Gosney sent for the purpose of seeking and rendering legal advice." | This document does not fall within the Subject Matter. |
| 85728-33 | 2020-09-23<br>"Email communication between attorney Aaron Cohen and Gosney sent for the purpose of seeking and rendering legal advice; with attachment." | This document does not fall within the Subject Matter. |
| 57040 | 2020-10-15<br>"Email Communication from Aaron Cohen to Gosney attaching a draft Marketing Agreement for Keystone Olympus, drafted in anticipation of litigation and to ensure compliance with | This document falls within the Subject Matter. |

_____

[3] At some point in the past, the Filter Team ordered Gosney to sequester a certain portion of documents.  Accordingly, since that time, Gosney has not had access to the sequestered documents and therefore has not waived privilege over them.  Gosney has provided the Court with a list of the Bates-numbered, non-sequestered documents over which he waives privilege.  *See* Exhibit A.

| | | |
|---|---|---|
| | various laws and regulations in the health care industry, forwarding a message from Timothy Richardson sent to Aaron Cohen." | |
| 57041-49 | 2020-10-15 "Draft Marketing Services Agreement between Olympus First Consulting LLC and Metropolis Unlimited LLC, drafted by attorney in anticipation of litigation and to ensure compliance with various laws and regulations in the health care industry." | This document falls within the Subject Matter. |
| 57554-63 | 2020-08-28 "Draft Employment Agreement between Olympus First Consulting and John Gosney, drafted by attorneys in anticipation of litigation and for the purpose of ensuring compliance with the various laws and regulations regulating the health care industry." | This document falls within the Subject Matter. |

### 3.   Daniel Carver

The Court notes that Co-Defendant Daniel Carver also received copies of one or more of the above documents. To the extent Daniel Carver, or any other Co-Defendant, claims privilege over any document subject to this Report and Recommendation, the Court finds that such privilege must yield to Dougherty's and Gosney's Sixth Amendment right to present a defense. *See United States v. Rainone*, 32 F.3d 1203, 1206 (7th Cir. 1994) ("Even the attorney-client privilege, therefore, hallowed as it is, yet not found in the Constitution, might have to yield in a particular case if the right of confrontation, whether in its aspect as the right of cross-examination or in some other aspect, would be violated by enforcing the privilege."); *United States v. W.R. Grace*, 439 F. Supp. 2d 1125, 1137-45 (D. Mont. 2006) (holding that company's attorney-client privilege must "yield where its invocation is incompatible with a criminal defendants' Sixth Amendment right"

to present a defense).  To the extent Daniel Carver or any other Co-Defendant wishes to object to this Report and Recommendation, they may do so in accordance with Section III below.

### C.     Request to Preclude Advice-of-Counsel Defense

Having determined that the above items fall within the Subject Matter, the Court must now determine whether Defendants' failure to waive privilege over these items should result in preclusion of the advice-of-counsel defense at trial.  The Government points to case law to support that remedy.  *See Inmuno Vital, Inc. v. Telemundo Grp., Inc.*, 203 F.R.D. 561, 564 (S.D. Fla. 2001) (concluding it was "manifestly unfair" for the defendant to raise an advice-of-counsel defense but block plaintiff's attempt to obtain discovery on that legal evidence, and that "this unfairness mandates the exclusion of any evidence about the advice Defendants received from counsel on this issue); *SEC v. Wall St. Cap. Funding, LLC*, No. 11-20413, 2011 WL 2295561, at *7 (S.D. Fla. June 10, 2011) ("Defendants cannot assert the advice of counsel advice while simultaneously and strategically selecting which communications to disclose for self-serving purposes and which communications to retain as confidential.").

The Court agrees Defendants cannot simultaneously maintain privilege over the above documents and assert the advice-of-counsel defense at trial.  In the Court's view, however, Defendants should be given the option on how to proceed.  Accordingly, within the time frame set forth for objections to this Report and Recommendation, Defendants Dougherty and Gosney shall advise the District Court whether they choose Option A or Option B:

Option A:    Maintain all current objections and forego the advice-of-counsel defense at trial, or

Option B:    Pursue the advice-of-counsel defense at trial, in which case Defendants Dougherty and Gosney shall be deemed to have waived the attorney-client

and work product privileges over all communications and documents with or by any attorneys pertaining to the Subject Matter.  This includes all documents the Court has found to fall within the Subject Matter in Section II.B above, which (if Defendants choose Option B) should be produced immediately to the Government and to any Co-Defendants who have not yet had access to these documents due to privilege claims.

## III.    RECOMMENDATION & NOTICE OF RIGHT TO OBJECT

For the reasons stated above, the undersigned **RECOMMENDS** that the Motion (DE 589) be **GRANTED** in part and **DENIED** in part.

**The parties shall have until August 10, 2023, to file written objections with the District Judge, if any, to this Report and Recommendation.**  The Court has shortened the time frame for objections due to the upcoming trial date.  Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of issues covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.

**RESPECTFULLY SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 1st day of August 2023.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE

# EXHIBIT A

 

i.   *Documents Contained on the Special Matter's Unit ("SMU")'s excel over which Mr. Gosney is No Longer Asserting Privilege*

| Row[1] | Bates BEG[2] |
| --- | --- |
| 1 | SMU-PPM-0000053727 |
| 2 | SMU-PPM-0000053778 |
| 3 | SMU-PPM-0000053791 |
| 4 | SMU-PPM-0000054112 |
| 32 | SMU-PPM-0000057330 |
| 35 | SMU-PPM-0000057759 |
| 36 | SMU-PPM-0000057763 |
| 37 | SMU-PPM-0000057772 |
| 38 | SMU-PPM-0000057773 |
| 39 | SMU-PPM-0000057791 |

---

[1] These numbers correspond with the numbers in Column A of the excel that is headed by the word "Row."

[2] These numbers correspond with the numbers in Column B of the excel that is headed by "Bates BEG."

| 40 | SMU-PPM-0000057792 |
| 41 | SMU-PPM-0000057793 |
| 46 | SMU-PPM-0000060064 |
| 47 | SMU-PPM-0000060454 |
| 48 | SMU-PPM-0000061416 |
| 49 | SMU-PPM-0000061417 |
| 50 | SMU-PPM-0000061418 |
| 51 | SMU-PPM-0000061419 |
| 52 | SMU-PPM-0000061420 |
| 53 | SMU-PPM-0000061421 |
| 54 | SMU-PPM-0000061422 |
| 55 | SMU-PPM-0000061423 |
| 56 | SMU-PPM-0000061424 |
| 57 | SMU-PPM-0000061425 |
| 58 | SMU-PPM-0000061426 |
| 59 | SMU-PPM-0000061427 |
| 60 | SMU-PPM-0000061428 |
| 61 | SMU-PPM-0000061429 |
| 62 | SMU-PPM-0000061430 |
| 63 | SMU-PPM-0000061431 |
| 64 | SMU-PPM-0000061432 |
| 65 | SMU-PPM-0000061433 |
| 66 | SMU-PPM-0000061434 |
| 67 | SMU-PPM-0000061435 |
| 68 | SMU-PPM-0000061436 |
| 69 | SMU-PPM-0000061437 |
| 70 | SMU-PPM-0000061438 |
| 71 | SMU-PPM-0000061439 |
| 72 | SMU-PPM-0000061440 |
| 73 | SMU-PPM-0000061441 |
| 74 | SMU-PPM-0000061442 |
| 75 | SMU-PPM-0000061443 |
| 76 | SMU-PPM-0000061444 |
| 77 | SMU-PPM-0000061445 |
| 78 | SMU-PPM-0000061446 |
| 79 | SMU-PPM-0000061447 |
| 80 | SMU-PPM-0000061448 |

| | |
|---|---|
| 81 | SMU-PPM-0000061449 |
| 82 | SMU-PPM-0000061450 |
| 83 | SMU-PPM-0000061451 |
| 84 | SMU-PPM-0000061452 |
| 85 | SMU-PPM-0000061453 |
| 86 | SMU-PPM-0000061454 |
| 87 | SMU-PPM-0000061455 |
| 88 | SMU-PPM-0000061456 |
| 89 | SMU-PPM-0000061457 |
| 90 | SMU-PPM-0000061458 |
| 91 | SMU-PPM-0000061459 |
| 92 | SMU-PPM-0000061460 |
| 93 | SMU-PPM-0000061461 |
| 94 | SMU-PPM-0000061462 |
| 95 | SMU-PPM-0000061463 |
| 96 | SMU-PPM-0000061464 |
| 97 | SMU-PPM-0000061465 |
| 98 | SMU-PPM-0000061466 |
| 99 | SMU-PPM-0000061467 |
| 100 | SMU-PPM-0000061468 |
| 101 | SMU-PPM-0000061469 |
| 102 | SMU-PPM-0000061470 |
| 103 | SMU-PPM-0000061471 |
| 104 | SMU-PPM-0000061472 |
| 105 | SMU-PPM-0000061473 |
| 106 | SMU-PPM-0000061474 |
| 107 | SMU-PPM-0000061475 |
| 108 | SMU-PPM-0000061476 |
| 109 | SMU-PPM-0000061477 |
| 110 | SMU-PPM-0000061478 |
| 111 | SMU-PPM-0000061479 |
| 112 | SMU-PPM-0000061480 |
| 113 | SMU-PPM-0000061481 |
| 114 | SMU-PPM-0000061482 |
| 115 | SMU-PPM-0000061483 |
| 116 | SMU-PPM-0000061484 |
| 117 | SMU-PPM-0000061485 |

| | |
|---|---|
| 118 | SMU-PPM-0000061486 |
| 119 | SMU-PPM-0000061487 |
| 120 | SMU-PPM-0000061488 |
| 121 | SMU-PPM-0000061489 |
| 122 | SMU-PPM-0000061490 |
| 123 | SMU-PPM-0000061491 |
| 124 | SMU-PPM-0000061492 |
| 125 | SMU-PPM-0000061493 |
| 126 | SMU-PPM-0000061494 |
| 127 | SMU-PPM-0000061495 |
| 128 | SMU-PPM-0000061496 |
| 129 | SMU-PPM-0000061497 |
| 130 | SMU-PPM-0000061498 |
| 131 | SMU-PPM-0000061518 |
| 132 | SMU-PPM-0000061519 |
| 133 | SMU-PPM-0000061521 |
| 165 | SMU-PPM-0000063579 |
| 167 | SMU-PPM-0000065349 |
| 168 | SMU-PPM-0000065671 |

ii. _Documents Contained on the SMU's excel over which Mr. Gosney is Still Asserting Privilege_

10/29 Log

| | |
|---|---|
| 26 | SMU-PPM-0000057040 |
| 27 | SMU-PPM-0000057041 |
| 34 | SMU-PPM-0000057554 |
| 989 | SMU-PPM-0000085724 |
| 990 | SMU-PPM-0000085726 |
| 991 | SMU-PPM-0000085728 |

12/31 Log (these documents are duplicates of Rows 989, 990, and 991 above)

| | |
|---|---|
| 151 | SMU-PPM- 0000085724 |
| 152 | SMU-PPM- 0000085726 |
| 153 | SMU-PPM- 0000085728 |

4

iii.   *Documents Contained on the SMU's excel that Mr. Gosney has Sequestered in Compliance with the Filter Team's Request on November 17, 2022. Mr. Gosney Asserted Privilege over these Documents but is Currently Unable to Access them.*

| | |
|---|---|
| 183 | SMU-PPM-0000066347 |
| 233 | SMU-PPM-0000070122 |
| 276 | SMU-PPM-0000071183 |
| 277 | SMU-PPM-0000071202 |
| 285 | SMU-PPM-0000071310 |
| 286 | SMU-PPM-0000071316 |
| 287 | SMU-PPM-0000071321 |
| 288 | SMU-PPM-0000071323 |
| 289 | SMU-PPM-0000071328 |
| 292 | SMU-PPM-0000071366 |
| 293 | SMU-PPM-0000071487 |
| 294 | SMU-PPM-0000071502 |
| 295 | SMU-PPM-0000071504 |
| 296 | SMU-PPM-0000071525 |
| 297 | SMU-PPM-0000071532 |
| 298 | SMU-PPM-0000071552 |
| 299 | SMU-PPM-0000071554 |
| 300 | SMU-PPM-0000071557 |
| 302 | SMU-PPM-0000071582 |
| 303 | SMU-PPM-0000071584 |
| 306 | SMU-PPM-0000071658 |
| 307 | SMU-PPM-0000071659 |
| 308 | SMU-PPM-0000071695 |
| 315 | SMU-PPM-0000071814 |
| 316 | SMU-PPM-0000071815 |
| 317 | SMU-PPM-0000071816 |
| 318 | SMU-PPM-0000071831 |
| 319 | SMU-PPM-0000071832 |
| 320 | SMU-PPM-0000071833 |
| 326 | SMU-PPM-0000071879 |
| 327 | SMU-PPM-0000071880 |
| 328 | SMU-PPM-0000071881 |

| | |
|---|---|
| 329 | SMU-PPM-0000071893 |
| 331 | SMU-PPM-0000071938 |
| 332 | SMU-PPM-0000071939 |
| 333 | SMU-PPM-0000071941 |
| 334 | SMU-PPM-0000071942 |
| 335 | SMU-PPM-0000071943 |
| 336 | SMU-PPM-0000071944 |
| 338 | SMU-PPM-0000071987 |
| 342 | SMU-PPM-0000072029 |
| 344 | SMU-PPM-0000072062 |
| 345 | SMU-PPM-0000072081 |
| 346 | SMU-PPM-0000072139 |
| 347 | SMU-PPM-0000072188 |
| 349 | SMU-PPM-0000072207 |
| 350 | SMU-PPM-0000072219 |
| 353 | SMU-PPM-0000072307 |
| 354 | SMU-PPM-0000072308 |
| 355 | SMU-PPM-0000072317 |
| 357 | SMU-PPM-0000072330 |
| 358 | SMU-PPM-0000072334 |
| 359 | SMU-PPM-0000072336 |
| 360 | SMU-PPM-0000072337 |
| 362 | SMU-PPM-0000072429 |
| 363 | SMU-PPM-0000072441 |
| 365 | SMU-PPM-0000072450 |
| 366 | SMU-PPM-0000072460 |
| 368 | SMU-PPM-0000072485 |
| 370 | SMU-PPM-0000072504 |
| 372 | SMU-PPM-0000072518 |
| 373 | SMU-PPM-0000072582 |
| 374 | SMU-PPM-0000072592 |
| 375 | SMU-PPM-0000072593 |
| 376 | SMU-PPM-0000072604 |
| 377 | SMU-PPM-0000072605 |
| 379 | SMU-PPM-0000072624 |
| 380 | SMU-PPM-0000072625 |
| 381 | SMU-PPM-0000072646 |

| | |
|---|---|
| 382 | SMU-PPM-0000072647 |
| 383 | SMU-PPM-0000072648 |
| 384 | SMU-PPM-0000072649 |
| 386 | SMU-PPM-0000072651 |
| 388 | SMU-PPM-0000072664 |
| 389 | SMU-PPM-0000072665 |
| 390 | SMU-PPM-0000072684 |
| 391 | SMU-PPM-0000072700 |
| 392 | SMU-PPM-0000072702 |
| 395 | SMU-PPM-0000073010 |
| 396 | SMU-PPM-0000073045 |
| 397 | SMU-PPM-0000073046 |
| 398 | SMU-PPM-0000073047 |
| 399 | SMU-PPM-0000073050 |
| 400 | SMU-PPM-0000073051 |
| 401 | SMU-PPM-0000073052 |
| 402 | SMU-PPM-0000073072 |
| 403 | SMU-PPM-0000073106 |
| 404 | SMU-PPM-0000073109 |
| 405 | SMU-PPM-0000073115 |
| 406 | SMU-PPM-0000073121 |
| 407 | SMU-PPM-0000073124 |
| 408 | SMU-PPM-0000073125 |
| 409 | SMU-PPM-0000073127 |
| 410 | SMU-PPM-0000073138 |
| 412 | SMU-PPM-0000073157 |
| 413 | SMU-PPM-0000073185 |
| 414 | SMU-PPM-0000073188 |
| 415 | SMU-PPM-0000073190 |
| 416 | SMU-PPM-0000073191 |
| 417 | SMU-PPM-0000073192 |
| 418 | SMU-PPM-0000073205 |
| 419 | SMU-PPM-0000073271 |
| 420 | SMU-PPM-0000073305 |
| 421 | SMU-PPM-0000073317 |
| 423 | SMU-PPM-0000073324 |
| 424 | SMU-PPM-0000073329 |

| | |
|---|---|
| 425 | SMU-PPM-0000073330 |
| 426 | SMU-PPM-0000073331 |
| 427 | SMU-PPM-0000073332 |
| 428 | SMU-PPM-0000073367 |
| 429 | SMU-PPM-0000073368 |
| 430 | SMU-PPM-0000073369 |
| 431 | SMU-PPM-0000073370 |
| 432 | SMU-PPM-0000073371 |
| 433 | SMU-PPM-0000073372 |
| 434 | SMU-PPM-0000073373 |
| 435 | SMU-PPM-0000073392 |
| 436 | SMU-PPM-0000073397 |
| 437 | SMU-PPM-0000073399 |
| 438 | SMU-PPM-0000073401 |
| 439 | SMU-PPM-0000073402 |
| 440 | SMU-PPM-0000073412 |
| 441 | SMU-PPM-0000073422 |
| 442 | SMU-PPM-0000073432 |
| 443 | SMU-PPM-0000073443 |
| 444 | SMU-PPM-0000073444 |
| 445 | SMU-PPM-0000073458 |
| 446 | SMU-PPM-0000073459 |
| 447 | SMU-PPM-0000073466 |
| 448 | SMU-PPM-0000073480 |
| 449 | SMU-PPM-0000073481 |
| 450 | SMU-PPM-0000073492 |
| 451 | SMU-PPM-0000073493 |
| 452 | SMU-PPM-0000073504 |
| 453 | SMU-PPM-0000073515 |
| 454 | SMU-PPM-0000073605 |
| 455 | SMU-PPM-0000073606 |
| 456 | SMU-PPM-0000073607 |
| 457 | SMU-PPM-0000073617 |
| 458 | SMU-PPM-0000073643 |
| 459 | SMU-PPM-0000073663 |
| 460 | SMU-PPM-0000073664 |
| 462 | SMU-PPM-0000073757 |

| 463 | SMU-PPM-0000073761 |
| 464 | SMU-PPM-0000073762 |
| 465 | SMU-PPM-0000073763 |
| 466 | SMU-PPM-0000073764 |
| 467 | SMU-PPM-0000073770 |
| 468 | SMU-PPM-0000073771 |
| 469 | SMU-PPM-0000073786 |
| 470 | SMU-PPM-0000073789 |
| 471 | SMU-PPM-0000073805 |
| 472 | SMU-PPM-0000073813 |
| 473 | SMU-PPM-0000073838 |
| 474 | SMU-PPM-0000073855 |
| 475 | SMU-PPM-0000073857 |
| 476 | SMU-PPM-0000073861 |
| 477 | SMU-PPM-0000073865 |
| 478 | SMU-PPM-0000073866 |
| 479 | SMU-PPM-0000073889 |
| 480 | SMU-PPM-0000073912 |
| 481 | SMU-PPM-0000073966 |
| 482 | SMU-PPM-0000073969 |
| 483 | SMU-PPM-0000073972 |
| 486 | SMU-PPM-0000073983 |
| 487 | SMU-PPM-0000073984 |
| 488 | SMU-PPM-0000073998 |
| 489 | SMU-PPM-0000074006 |
| 490 | SMU-PPM-0000074010 |
| 491 | SMU-PPM-0000074011 |
| 492 | SMU-PPM-0000074012 |
| 493 | SMU-PPM-0000074013 |
| 494 | SMU-PPM-0000074014 |
| 495 | SMU-PPM-0000074015 |
| 496 | SMU-PPM-0000074016 |
| 497 | SMU-PPM-0000074017 |
| 498 | SMU-PPM-0000074018 |
| 499 | SMU-PPM-0000074019 |
| 500 | SMU-PPM-0000074020 |
| 501 | SMU-PPM-0000074044 |

| | |
|---|---|
| 502 | SMU-PPM-0000074047 |
| 503 | SMU-PPM-0000074048 |
| 504 | SMU-PPM-0000074049 |
| 505 | SMU-PPM-0000074050 |
| 506 | SMU-PPM-0000074051 |
| 507 | SMU-PPM-0000074052 |
| 508 | SMU-PPM-0000074057 |
| 509 | SMU-PPM-0000074058 |
| 510 | SMU-PPM-0000074059 |
| 511 | SMU-PPM-0000074061 |
| 512 | SMU-PPM-0000074062 |
| 513 | SMU-PPM-0000074063 |
| 514 | SMU-PPM-0000074064 |
| 515 | SMU-PPM-0000074067 |
| 516 | SMU-PPM-0000074069 |
| 517 | SMU-PPM-0000074070 |
| 518 | SMU-PPM-0000074071 |
| 519 | SMU-PPM-0000074072 |
| 520 | SMU-PPM-0000074073 |
| 521 | SMU-PPM-0000074077 |
| 522 | SMU-PPM-0000074078 |
| 523 | SMU-PPM-0000074079 |
| 524 | SMU-PPM-0000074080 |
| 525 | SMU-PPM-0000074081 |
| 526 | SMU-PPM-0000074082 |
| 527 | SMU-PPM-0000074083 |
| 528 | SMU-PPM-0000074084 |
| 529 | SMU-PPM-0000074085 |
| 530 | SMU-PPM-0000074086 |
| 531 | SMU-PPM-0000074088 |
| 532 | SMU-PPM-0000074089 |
| 533 | SMU-PPM-0000074090 |
| 534 | SMU-PPM-0000074091 |
| 535 | SMU-PPM-0000074103 |
| 536 | SMU-PPM-0000074104 |
| 537 | SMU-PPM-0000077972 |
| 538 | SMU-PPM-0000077979 |

| | |
|---|---|
| 539 | SMU-PPM-0000077994 |
| 540 | SMU-PPM-0000077999 |
| 550 | SMU-PPM-0000078048 |
| 555 | SMU-PPM-0000078120 |
| 558 | SMU-PPM-0000078154 |
| 559 | SMU-PPM-0000078163 |
| 560 | SMU-PPM-0000078186 |
| 561 | SMU-PPM-0000078226 |
| 562 | SMU-PPM-0000078257 |
| 567 | SMU-PPM-0000078388 |
| 796 | SMU-PPM-0000080672 |
| 797 | SMU-PPM-0000080673 |
| 798 | SMU-PPM-0000080674 |
| 799 | SMU-PPM-0000080675 |
| 1119 | SMU-PPM-0000088729 |
| 1120 | SMU-PPM-0000088730 |
| 1121 | SMU-PPM-0000088732 |
| 1122 | SMU-PPM-0000088738 |
| 1123 | SMU-PPM-0000088740 |
| 1124 | SMU-PPM-0000088741 |
| 1125 | SMU-PPM-0000088743 |
| 1126 | SMU-PPM-0000088745 |
| 1127 | SMU-PPM-0000088747 |
| 1128 | SMU-PPM-0000088749 |
| 1129 | SMU-PPM-0000088751 |
| 1130 | SMU-PPM-0000088753 |
| 1131 | SMU-PPM-0000088755 |
| 1132 | SMU-PPM-0000088768 |
| 1133 | SMU-PPM-0000088769 |
| 1134 | SMU-PPM-0000088781 |
| 1135 | SMU-PPM-0000088800 |
| 1136 | SMU-PPM-0000088803 |
| 1137 | SMU-PPM-0000088805 |
| 1138 | SMU-PPM-0000088809 |
| 1139 | SMU-PPM-0000088827 |
| 1140 | SMU-PPM-0000088831 |
| 1141 | SMU-PPM-0000088832 |

| 1142 | SMU-PPM-0000088834 |
|------|--------------------|
| 1143 | SMU-PPM-0000088841 |
| 1144 | SMU-PPM-0000088844 |
| 1145 | SMU-PPM-0000088845 |
| 1146 | SMU-PPM-0000088846 |
| 1147 | SMU-PPM-0000088847 |
| 1148 | SMU-PPM-0000088849 |
| 1149 | SMU-PPM-0000088868 |
| 1150 | SMU-PPM-0000088889 |
| 1151 | SMU-PPM-0000088891 |
| 1152 | SMU-PPM-0000088894 |
| 1153 | SMU-PPM-0000088898 |
| 1154 | SMU-PPM-0000088899 |
| 1155 | SMU-PPM-0000088901 |
| 1156 | SMU-PPM-0000088902 |
| 1205 | SMU-PPM-0000090468 |
| 1234 | SMU-PPM-0000091110 |
| 1238 | SMU-PPM-0000091165 |
| 1240 | SMU-PPM-0000091262 |
| 1242 | SMU-PPM-0000091296 |
| 1243 | SMU-PPM-0000091297 |
| 1244 | SMU-PPM-0000091298 |
| 1248 | SMU-PPM-0000091368 |
| 1249 | SMU-PPM-0000091369 |
| 1250 | SMU-PPM-0000091370 |
| 1252 | SMU-PPM-0000091409 |
| 1253 | SMU-PPM-0000091410 |
| 1254 | SMU-PPM-0000091411 |
| 1255 | SMU-PPM-0000091421 |
| 1256 | SMU-PPM-0000091434 |
| 1257 | SMU-PPM-0000091472 |
| 1259 | SMU-PPM-0000091559 |
| 1263 | SMU-PPM-0000091775 |
| 1265 | SMU-PPM-0000091778 |
| 1266 | SMU-PPM-0000091780 |
| 1267 | SMU-PPM-0000091815 |
| 1268 | SMU-PPM-0000091816 |

| | |
|---|---|
| 1269 | SMU-PPM-0000091817 |
| 1272 | SMU-PPM-0000092143 |
| 1276 | SMU-PPM-0000092225 |
| 1277 | SMU-PPM-0000092252 |
| 1278 | SMU-PPM-0000092334 |
| 1279 | SMU-PPM-0000092383 |
| 1284 | SMU-PPM-0000092478 |
| 1286 | SMU-PPM-0000092518 |
| 1287 | SMU-PPM-0000092519 |
| 1288 | SMU-PPM-0000092520 |
| 1291 | SMU-PPM-0000092584 |
| 1292 | SMU-PPM-0000092589 |
| 1293 | SMU-PPM-0000092595 |
| 1294 | SMU-PPM-0000092598 |
| 1296 | SMU-PPM-0000092603 |
| 1298 | SMU-PPM-0000092607 |
| 1300 | SMU-PPM-0000092610 |
| 1304 | SMU-PPM-0000092634 |
| 1308 | SMU-PPM-0000092686 |
| 1310 | SMU-PPM-0000092718 |
| 1311 | SMU-PPM-0000092719 |
| 1313 | SMU-PPM-0000092729 |
| 1318 | SMU-PPM-0000092763 |
| 1325 | SMU-PPM-0000092819 |
| 1326 | SMU-PPM-0000092821 |
| 1327 | SMU-PPM-0000093059 |