**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 22-80022-CR-CANNON**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**

**JOSE GOYOS,**

        **Defendant.**

_____/

## ORDER GRANTING DEFENDANT GOYOS'S AMENDED MOTION TO TRAVEL

**THIS CAUSE** comes before the Court upon Defendant Goyos's Amended Second Unopposed Motion to Travel [ECF No. 779].   Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.   Defendant is permitted to travel to Los Angeles, California, from August 15, 2023, through August 21, 2023, as specified in the Motion.   Defendant shall comply with all requirements imposed by the U.S. Probation Officer regarding his travel.   U.S. Probation is advised to notify the Court of any issues of non-compliance expeditiously so the Court may take appropriate action.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 14th day of August 2023.

**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       U.S. Probation Office