UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:22-CR-80022-AMC

UNITED STATES OF AMERICA,

vs.

THOMAS DOUGHERTY,

        Defendant.
_____/

## DEFENDANT DOUGHERTY'S PROPOSED VOIR DIRE QUESTIONS

Defendant Dougherty respectfully requests that, in addition to the Court's *voir dire* questions, the Court ask the venire the following questions:

1. Has any prospective juror been lied to or been misled by a business associate, family member or close friend regarding an important personal or business matter?

2. Has any prospective juror trusted a business associate, family member or close friend only to learn afterwards that their trust was misplaced?

3. Has any prospective juror relied on legal advice in an important personal or business matter?

4. Does any prospective juror believe that someone charged with a crime by the Department of Justice or federal prosecutors must have done something illegal or wrong or is probably guilty?

5. Has any prospective juror known someone who was falsely accused of a crime or has been investigated for a crime by law enforcement?

6. Does any prospective juror believe that solicitation telephone calls to seniors or elders (persons over the age of 65) relating to healthcare or healthcare products should be banned or should be illegal or constitute a form of elder abuse?

7. Does any prospective juror believe Medicare fraud or healthcare fraud is a major problem in Florida?

8. Does any prospective juror believe the Department of Justice or FBI or federal law enforcement under President Biden is untrustworthy or unreliable?

9. Does any prospective juror believe the Department of Justice or FBI or federal law enforcement under President Biden conducts unfair investigations or unfair prosecutions?

10. Does any prospective juror have a negative reaction to defendant Dougherty's defense counsel Steve Sadow, who represents former President Donald Trump in his criminal case in Fulton County, GA?

Respectfully submitted,

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Lead Counsel for Defendant Dougherty
Georgia Bar No. 622075
260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
Tel: 404-577-1400
Email: stevesadow@gmail.com

*/s/ Paul R. Berg*
PAUL R. BERG
Local Counsel for Defendant Dougherty
Florida Bar No. 901172
White Bird Attorneys at Law
1701 Highway A1A, Suite 102
Vero Beach, FL 32963
Tel.: 772-610-5580, Ext. 404
Email: pberg@whitebirdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF that will send copies of same to all counsel of record.

*/s/ Paul R. Berg*
PAUL R. BERG
