UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JOSE GOYOS**,

    Defendant.
_____/

## ORDER FOLLOWING CALENDAR CALL

**THIS CAUSE** comes before the Court following Calendar Call on September 19, 2023 [ECF No. 826], in preparation for the upcoming retrial in this matter [*see* ECF No. 717]. It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Court is likely to enter an order specially setting this seven-day trial to begin with jury selection, opening statements, and any evidentiary arguments/stipulations starting at 8:30 a.m. on September 27, 2023, continuing through to October 6, 2023 (if necessary), skipping October 5, 2023. On or before **5:00 P.M. on September 20, 2023**, the parties shall file a joint status report outlining any concrete scheduling conflicts with the Court's proposed schedule.

2. On or before **September 22, 2023**, the Government shall file its revised witness and exhibit lists and produce marked copies of its exhibits to Defendant.

3. On or before **September 25, 2023**, the parties shall jointly file revised proposed jury instructions.

CASE NO. 22-80022-CR-CANNON

4. The parties will be allotted the standard number of peremptory challenges for jury selection (6 for the Government and 10 for Defendant). *See* Fed. R. Crim. P. 24(b)(2).

5. In light of Defendant Gosney's change of plea [ECF No. 819], the Renewed Motion to Intervene and Quash Subpoenas filed by Non-Parties James Barnett and Permian Cardiology [ECF No. 786] and the Motion to Quash Trial Subpoena filed by Non-Party Dr. Nashwa Khogali-Jakary [ECF No. 803] are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of September 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record