UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80022-CANNON/REINHART

UNITED STATES OF AMERICA

vs.

JOSE GOYOS,

        **Defendant**.

_____/

## NOTICE OF GOVERNMENT EXPERT WITNESS SCHEDULES AND JOINT REQUEST FOR NEW TRIAL DATE

On September 19, 2023, the Court held a pre-trial conference in the above-captioned case after Defendant Jose Goyos's co-Defendants, Thomas Dougherty and John Paul Gosney Jr., pleaded guilty. Defendants Dougherty's and Gosney's plea have turned this case into a single-defendant trial against Defendant Goyos. As the government noted at the hearing, this new procedural posture has a significant impact on the government's witness and exhibit list and the government's anticipated scheduling of witnesses. Moreover, the government is debriefing these newly available witnesses and continues to produce interview reports containing new information to Defendant Goyos.

The government contacted its expert witnesses regarding their availability. Stephen Quindoza, the Medicare program witness, has general availability over the next three weeks (the weeks of September 25, October 2, and October 9). Dr. Rajat Deo remains available on October 4, 2023 (his previously-anticipated date of testimony) and indicated that, if necessary, he can be available to testify on either September 28, 2023 or October 10, 2023.

Based on these developments and the resulting challenges in coordinating out-of-state witnesses, paring down of the government's exhibit list, and re-calibrating the government's

presentation of evidence and the defendant's case the parties are respectfully requesting that the Court set a new trial date to commence jury selection on October 2, 2023. The parties anticipate one day of jury selection, followed by opening statements and three to four days of evidence to present the government's case-in-chief. Although the parties are mindful of the Court's advisement that the jury would not be able to sit on October 5, 6, or 9, 2023, the parties believe this case can be presented to the jury even with those breaks in trial days.

Specifically, given significant edits to the government's exhibit list, the government is re-numbering all the exhibits and will require time to re-stamp the exhibits and provide them to defense counsel. The government anticipates calling several witnesses who are traveling to Fort Pierce from other cities and states and the government will require additional time to coordinate with those witnesses. Indeed, many of these witnesses are presently scheduled to travel to Fort Pierce for the week of October 2, 2023, as the government anticipated calling them in the second week of the initially contemplated three-defendant trial. Therefore, resetting the trial to start that week of October 2 would allow the government to maintain the current schedule and travel itinerary for these witnesses, some of whom are Medicare beneficiaries.

Moreover, Defendant Goyos, who had previously relied on the exhibit and witness lists filed by Defendants Daniel Carver, Dougherty, and Gosney, may require additional time to prepare an exhibit and witness list, especially in light of interview reports from newly available cooperating witnesses.

## **CONCLUSION**

For the foregoing reasons, the parties respectfully request that the Court set a new trial date for October 2, 2023. Alternatively, if the Court seeks additional information from the parties, the parties respectfully request that the Court set a brief telephonic scheduling conference.

Dated: September 20, 2023								Respectfully submitted,

											MARKENZY LAPOINTE
											UNITED STATES ATTORNEY

											GLENN S. LEON, CHIEF
											CRIMINAL DIVISION, FRAUD SECTION
											U.S. DEPARTMENT OF JUSTICE

									By:		*/s/ Patrick J. Queenan*
											Patrick J. Queenan
											FL Special Bar No. A5502715
											Reginald Cuyler Jr.
											FL Bar No. 0114062
											Andrew Tamayo
											FL Special Bar No. A5502970
											Trial Attorneys
											U.S. Department of Justice
											Criminal Division, Fraud Section
											1400 New York Avenue, N.W.
											Washington, D.C. 20005
											Phone: (202) 875-0326
											patrick.queenan@usdoj.gov
											reginald.cuyler.jr@usdoj.gov
											andrew.tamayo@usdoj.gov

											MICHAEL CARUSO
											FEDERAL PUBLIC DEFENDER
											By: *s/Robert E. Adler*
											Robert E. Adler
											Assistant Federal Public Defender
											Attorney for Defendant
											Florida Bar No. 259942
											250 S Australian Avenue, Suite 400
											West Palm Beach, Florida 33401
											Telephone: (561) 833-6288
											Email: *robert_adler@fd.org*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, I served and filed the foregoing document with the Clerk of the Court via CM/ECF.

By: _/s/ Patrick J. Queenan_
Patrick J. Queenan
Trial Attorney
U.S. Department of Justice