**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-80022-CR-CANNON/REINHART**

**UNITED STATES OF AMERICA**

**v.**

**JOSE GOYOS,**

     **Defendants.**

_____/

<u>**GOVERNMENT'S WITNESS LIST**</u>

     The government hereby files its amended witness list.  At trial, the United States anticipates calling the following witnesses in its case-in-chief:[1]

| | |
|---|---|
| 1. | Joan Budnik* |
| 2. | Daniel M. Carver* |
| 3. | Louis Carver* |
| 4. | Ashley Cigarroa* |
| 5. | Darleen Connolly |
| 6. | Rajat Deo |
| 7. | Candace Fasano* |
| 8. | Dertailie Fairweather* |
| 9. | Brian Frank* |
| 10. | John Paul Gosney Jr.* |
| 11. | Jon Leleux* |
| 12. | Ethan Macier* |
| 13. | Ziad Marije* |
| 14. | Wilbur Martin* |
| 15. | William Perez* |
| 16. | Stephen Quindoza |
| 17. | Marylee Robinson |
| 18. | Monica Tran* |
| 19. | Diana Venable* |

---

[1]     Pursuant to the Court's Order [ECF No. 459 at ¶ 5], witnesses with an asterisk are anticipated to provide evidence admissible under, among other provisions, Federal Rule of Criminal Procedure Rule 801(d)(2)(E).

Dated:  September 22, 2023                    Respectfully submitted,

                                             MARKENZY LAPOINTE
                                             UNITED STATES ATTORNEY
                                             SOUTHERN DISTRICT OF FLORIDA

                                             GLENN S. LEON
                                             CHIEF, FRAUD SECTION
                                             CRIMINAL DIVISION
                                             U.S. DEPARTMENT OF JUSTICE


                                    By:      *Patrick J. Queenan*
                                             Patrick J. Queenan
                                             FL Special Bar No. A5502715
                                             Reginald Cuyler Jr.
                                             Florida Bar No. 0114062
                                             Andrew Tamayo
                                             FL Special Bar No. A5502970
                                             Trial Attorneys
                                             U.S. Department of Justice
                                             Criminal Division, Fraud Section
                                             1400 New York Avenue, N.W.
                                             Washington, D.C. 20005
                                             patrick.queenan@usdoj.gov
                                             reginald.cuyler.jr@usdoj.gov
                                             andrew.tamayo@usdoj.gov
                                             Phone: (202) 875-0326 (Queenan)
                                             Phone: (202) 748-3024 (Cuyler)
                                             Phone: (202) 794-4211 (Tamayo)



## CERTIFICATE OF SERVICE

I hereby certify that, on September 22, 2023, I caused the above Witness List to be filed electronically via CM/ECF and served on all counsel of record.


                                             */s/ Patrick J. Queenan*
                                             Patrick J. Queenan
                                             Trial Attorney
                                             U.S. Department of Justice