UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON/REINHART

UNITED STATES OF AMERICA

v.

JOSE GOYOS,

       **Defendant.**

_____/

## VERDICT FORM

We, the jury, unanimously find as follows as to the charges against Defendant:

As to Count 1, conspiracy to commit health care fraud and wire fraud,

    __X__                           _____
  GUILTY                        NOT GUILTY

If your verdict as to Count 1 is GUILTY, indicate which Object(s) of the conspiracy (choose one):

    _____    Both Health Care Fraud and Wire Fraud

    _____    Only Health Care Fraud

    __X__    Only Wire Fraud

As to Count 4, health care fraud,

  _____                         __X__
  GUILTY                        NOT GUILTY

As to Count 5, health care fraud,

_____ GUILTY             **X** NOT GUILTY

As to Count 6, health care fraud,

_____ GUILTY             **X** NOT GUILTY

As to Count 14, conspiracy to commit money laundering,

**X** GUILTY             _____ NOT GUILTY

If your verdict as to Count 14 is GUILTY, indicate which Object(s) of the conspiracy (choose one):

_____ Both Concealment Money Laundering and Laundering Proceeds over $10,000

_____ Only Concealment Money Laundering

✓ Only Laundering Proceeds over $10,000

SO SAY WE ALL



Dated: 10/6/23

2